```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF OHIO
                  EASTERN DIVISION
```

**EDWARD H. WELTON, JR.,**

      Petitioner,

  vs.                        Civil Action 2:09-CV-368
                              Judge Holschuh
                              Magistrate Judge King

**TIMOTHY BRUNSON, Warden,**
**Lebanon Correctional Institution,**

      Respondent.

### ORDER

On September 23, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this habeas corpus action be dismissed. *Report and Recommendation*, Doc. No. 20. Although the parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so, *id.*, there has nevertheless been no objection.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT**.


Date: October 25, 2010                **/s/ John D. Holschuh**
                                            John D. Holschuh, Judge
                                            United States District Court